# PATRICK J. BRACKLEY
−ATTORNEY AT LAW −
233 BROADWAY, SUITE 801
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

December 14, 2018

The Honorable Raymond J. Dearie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 10A S
Brooklyn, N.Y. 11201

Re: <u>U.S. v. William Nelson,</u>
Dkt. # 0207 1:17CR00394-001(RJD)

Honorable Judge:

This letter refers to the above captioned individual who is currently set for Sentence on December 19, 2018. Pursuant to Your Honors request, my Sentence Submission and Supporting Documents were filed today.

I am requesting with the Governments consent a final continuance until January at a date convenient to this Court and the Government.

Thank you in advance for your time and consideration.

I remain,

Respectfully Submitted,

/s/
Patrick J. Brackley, Esq.
Law Offices of Patrick J. Brackley
233 Broadway, Suite 2370
New York, New York 10279
Tel: (212) 334-3736