

Attachment 1





Attachment 3



Attachment 4



Attachment 5



